UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUKSAVANH PHENGTHAVY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No.: 20-CV-1326-WVG<br><br>**ORDER ON JOINT MOTION FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Pending before the Court is the Parties' Joint Motion to Remand ("Joint Motion"). (Doc. No. 25.) Having reviewed and considered the Parties' Joint Motion, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, in the amount of $14,000.00 as authorized by 28 U.S.C. section 2412(d), and subject to the terms and conditions of Parties' stipulation. (*Id.*)

**IT IS SO ORDERED.**

Dated: July 6, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge